6-8-2020

(18-20214)

Honorable Paul Bernican

To whom it may concern i am Jacquel Owens
a federal Prisoner correctly Serving forty
months at milan correctional facility my
inmate number is # 56424039 i have currently
Served 50B of the time i was Sentenced
to. I am writing you this letter asking for
your approval of the covid 19 release that
is being granted to Prisoner due to chronic
health illness. At this moment i have not
received any State or displiney actions due
to my behavior at the instetion. while being
encarserated i have completed an forty hour
Non residentail drug treatment Program which
i asked for upon Sentencing to help me cope
with my Substance abuse. also im enrolled
in the 500 hour residentail treatment program
currently im 85 Percent finished with this
nine month Program due to the corena 19 pandmic
my completion of this class has been postponed
until further notice. also i have maintained
an instetion job the whole time i have been
here i consider myself as a role model inmate.
My underlined health issues are, high blood
Pressure which i take three different medications
for daily. the instetion has diagnosed me
with diabetes. also i have Sleep apenea which
i sleep with a breathing macine every night
to Supply me with more oxygen. also i have
Bullet fragments in my back from when i was
shot the instetion mat they Supply cause
me Severe Pain to my lower back i have Spoke

With medical Staff about this on numerous occasions but no medical attention has been showed to me everytime i explain this problem all they can tell me is that its nothing that they can do i have followed the proper procedure in filing the paper were so they can at least review my case but all of them have been denied stating that i meet all the criteria except that my pattern score is a medium i stated this to M. Jurczyak on 5-27-20 who is the unit manager where i have been placed- its very hard to get in contact with him for any questions or information that i may have concerning my situation. when i do get a chance to speak with him he is very rude and unwilling to provide my request by saying they will be denied or he simply isnt dealing with what im asking on that paticular day. due to the out break of covid 19 at this facility i was placed in solitary confinement for eight days under the assumption that i had covid 19 during this time i was held in a room that wasnt cleaned out or disinfected there was dead roaches, bugs. and human feces present during my stay i brought this to staff attention and all they could tell me was they are figuring it out. also i was not tested to see if i had contracted the disease or not, the only medical attention i recieved was a tempture check twice an day and a blood pressure check once a day. my parents called this prison when they did not hear from me they told them him saying i was still being housed in general

population which was not true at all. theere has been 125 confeined cases of covid 19 at this location and also 5 deaths. one of the deceased was a facily member name Willie Peterson who also suffered from underleivied heath issues. i feel leie in a good cenidate to be consieered for home confeinment for the duration of my time left because if i contect the disease my chnaces are more fatael then the next person can be also currenty it is time for me to be put in for halfway house to be released back into society i have a resichwle to reside at if this is grented for me also have job as well i just would like these things to be consieered when nervking your decision thank you alot for your time to hear me out.

BP-S148.055 **INMATE REQUEST TO STAFF** CDFRM
SEP 98
**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

| TO:(Name and Title of Staff Member) Jurczyak Unit Manager | DATE: 5-27-20 |
|---|---|
| FROM: Owens | REGISTER NO.: 56424039 |
| WORK ASSIGNMENT: Ordlly | UNIT: G7 |

SUBJECT: (Briefly state your question or concern and the solution you are requesting.   Continue
on back, if necessary.   Your failure to be specific may result in no action being taken.   If
necessary, you will be interviewed in order to successfully respond to your request.)

I currently have served 47 percent of my time I have
not recieved any shots, or disptincry actions I have
high blood pressure, also I am an diabetic I have been
Corintined already due to this enviament If I come
in contact with Covid-19 I have a higher chance of
dying then a healthy person. also my mom is getting
of age and she is not in the best health she also
takes care of my three year old son. I have a residence
that I can live in upon release if I'm granted my
request It's currently time for me to be put in for
halfway house. Please take this into consideration
Also I was Diagnosed with PTSD And havent talked to any one

(Do not write below this line)

DISPOSITION: inted for that at all in no kinda way

**YOU DO NOT MEET THE CRITERIA FOR THE INDICATED REASONS.**

Your pattern score is Medium.

| Signature Staff Member | Date |
|---|---|
| *[signature]* | 6/1/2020 |

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)          This form replaces BP-148.070 dated Oct 86
                                              and BP-S148.070 APR 94

Jacquel Owens
NAME

56424039
REG. NO.

FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 1000
MILAN, MICHIGAN 48160

METROPLEX MI 480

09 JUN 2020 AM 3 L

6/5/2020

RECEIVED
CLERK'S OFFICE 2020
U.S. DISTRICT COURT

Theodore levin united state courthouse
231 west lafayette Blvd
Detroit michigan
48226